## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:10-CV-00956-RPM

E. DEAN JAGERS,
TOM JACOBS,
STANLEY KRIEGER,
MATT ROSENGRANTS,
SAND ARROYO RANCH, INC.,
HANSON COLORADO FARMS,
GLEN R. AUSMUS, and
RUSSELL L. AUSMUS,

     Plaintiffs,

v.

FEDERAL CROP INSURANCE CORPORATION,

     Defendant.

---

**ORDER RE MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

---

Upon consideration of the Plaintiffs' Motion for Leave to File Second Amended Complaint [7], it is

ORDERED that the motion is granted and the Second Amended Complaint for Judicial Review and Declaratory Relief attached thereto is accepted for filing.

DATED this 24th day of June, 2010.

                                         BY THE COURT:

                                         s/Richard P. Matsch
                                         _____
                                         Richard P. Matsch, Senior Judge