IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00956-RPM

E. DEAN JAGERS,
TOM JACOBS,
STANLEY KRIEGER,
MATT ROSENGRANTS,
SAND ARROYO RANCH, INC.,
HANSEN COLORADO FARMS,
GELNN R. AUSMUS, and
RUSSELL L. AUSMUS,

    Plaintiffs,

v.

FEDERAL CROP INSURANCE CORPORATION,

    Defendant.

_____

ORDER DENYING MOTION TO SEVER
_____

    On August 27, 2010, the defendant filed a motion to sever the claims made by the plaintiffs in the Second Amended Complaint for judicial review and declaratory relief, filed June 24, 2010. Upon consideration of the allegations of Second Amended Complaint, there are alleged common questions of law and fact that are bases upon which the plaintiffs claim that the defendant's administrative determinations were arbitrary and capricious. These allegations are sufficient for joinder of these administrative appeals and it is therefore

    ORDERED that the defendant's motion to sever is denied.

    DATED: August 31st , 2010

                                                BY THE COURT:

                                               s/Richard P. Matsch
                                               _____
                                               Richard P. Matsch, Senior District Judge