IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00956-RPM

E. DEAN JAGERS,
TOM JACOBS,
STANLEY KRIEGER,
MATT ROSENGRANTS,
SAND ARROYO RANCH, INC.,
HANSON COLORADO FARMS,
GLEN R. AUSMUS, and
RUSSELL L. AUSMUS,

    Plaintiffs,

v.

FEDERAL CROP INSURANCE CORPORATION,

    Defendant.

## ORDER

Upon review of the Unopposed Motion to Use APA Scheduling Order Format for Scheduling Order [18], it is

ORDERED that the motion is granted and the parties shall submit the proposed Scheduling Order in the format contained in Appendix F.2 of the D.C.COLO.LCivR; and it is further

ORDERED that the proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on October 10, 2010**.

DATED: September 27th, 2010.

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge