IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:10-CV-00956-RPM

E. DEAN JAGERS,
TOM JACOBS,
STANLEY KRIEGER,
MATT ROSENGRANTS,
SAND ARROYO RANCH, INC.,
HANSON COLORADO FARMS,
GLEN R. AUSMUS, and
RUSSELL L. AUSMUS,

    Plaintiffs,

v.

FEDERAL CROP INSURANCE CORPORATION,

    Defendant.

_____

**ORDER GRANTING UNOPPOSED MOTION TO SEVER
PLAINTIFF HANSON COLORADO FARMS**
_____

    On November 16, 2010, Plaintiff, Hanson Colorado Farms filed a motion to sever its claims made against Defendant, Federal Crop Insurance Corporation, in the Second Amended Complaint for judicial review and declaratory relief, filed June 24, 2010. Upon consideration of the premises, the Court finds that Hanson Colorado Farms' claims should be severed, to be proceeded with separately.  It is therefore

    ORDERED that Plaintiff Hanson Colorado Farms' motion to sever is granted.

    ORDERED that the Clerk of this Court, upon the payment of the proper filing fees, institute a separate case on the docket with the caption *Hanson Colorado Farms v. Federal Crop Insurance Corp.*

    DATED: November 16th, 2010

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge