**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date: March 21, 2011
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

_____

Civil Action No. 10-cv-00956-RPM

| | |
|---|---|
| E. DEAN JAGERS, | Jeff L. Todd |
| TOM JACOBS, | David B. Seserman |
| STANLEY KRIEGER, | |
| MATT ROSENGRANTS, | |
| SAND ARROYO RANCH, INC., | |
| HANSON COLORADO FARMS, | |
| GELNN R. AUSMUS, and | |
| RUSSELL L. AUSMUS, | |

    Plaintiffs,

v.

FEDERAL CROP INSURANCE CORPORATION,        Stephen D. Taylor

    Defendant.
_____

**COURTROOM MINUTES**
_____

**Hearing on Motion for Discovery**

**10:59 a.m.**    **Court in session.**

Defendant's agency counsel Helena Jones-Siddle present.

Court's preliminary remarks.

Mr. Todd answers questions asked by the Court regarding the administrative record.

Argument by Mr. Todd [26].
Argument by Mr. Taylor.
Rebuttal argument by Mr. Todd.

**ORDERED:**    Plaintiffs' Motion for Discovery, filed December 17, 2010 [26], is denied.

**Court instructs counsel to confer regarding briefing schedule.**

**10:35 a.m.**    **Court in recess.**   Hearing concluded. Total time: 36 min.