IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00956-RPM

E. DEAN JAGERS,
TOM JACOBS,
STANLEY KRIEGER,
MATT ROSENGRANTS,
SAND ARROYO RANCH, INC.,
HANSON COLORADO FARMS,
GELNN R. AUSMUS, and
RUSSELL L. AUSMUS,

      Plaintiffs,
v.

FEDERAL CROP INSURANCE CORPORATION,

      Defendant.
_____

ORDER TO SUBMIT BRIEFING SCHEDULE
_____

      The Court having now granted the plaintiffs' Motion to Supplement the Administrative Record, in part, and the documents attached to the plaintiffs' motion identified in that order having now been added to the administrative record, the matter is ready for briefing and it is

      ORDERED that on or before July 22, 2011, the parties shall submit a stipulated briefing schedule.

      DATED:   July 1st, 2011

      BY THE COURT:

      s/Richard P. Matsch
      _____
      Richard P. Matsch, Senior District Judge