IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-00956-RPM

E. DEAN JAGERS,
TOM JACOBS,
STANLEY KRIEGER,
MATT ROSENGRANTS,
SAND ARROYO RANCH, INC.,
GELNN R. AUSMUS, and
RUSSELL L. AUSMUS,

     Plaintiffs,

v.

FEDERAL CROP INSURANCE CORPORATION,

     Defendant.

___

ORDER GRANTING THE AUSMUS PLAINTIFFS' FEE APPLICATION UNDER
THE EQUAL ACCESS TO JUSTICE ACT

___

Pursuant to the Court's Order dated September 21, 2012, on Plaintiffs' Fee Application Under the Equal Access to Justice Act, and upon receipt of the Ausmus Plaintiffs' supplement to their application, it is

ORDERED that Plaintiffs Glenn R. Ausmus and Russell L. Ausmus are awarded fees in the amount of $45,683.97.

Dated:  November 8, 2012

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge